1  **SAO**
   **BRITTANY A. YOUNG**, **ESQ.**
2  Nevada Bar No. 13663
   **CRAIG P. KENNY & ASSOCIATES**
3  501 S. Eighth Street
   Las Vegas, Nevada 89101
4  (702) 380-2800
   Attorneys for Plaintiff
5

6                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
7

8                                  * * *

9  WILLIE JACKSON,

10        Plaintiff,

                                       **CASE NO.   2:21-cv-00291-GMN-BNW**
11  v.
                                       **STIPULATION TO REMAND**
12  BRIAN MCCUTCHEON; DOES 1 through   **REMOVED ACTION; ORDER**
    5, inclusive                       **THEREON**
13
          Defendants
14

15                          **STIPULATION AND ORDER**

16      WILLIE JACKSON ("Jackson" or "Plaintiff") and Defendant, BRIAN MCCUTCHEON.

17  ("Defendant"), stipulate as follows:

18      1. On September 10, 2020, Jackson commenced an action in District Court, Clark County,

19  Nevada entitled WILLIE JACKSON, Plaintiff vs. BRIAN MCCUTCHEON; DOES I through V,

20  inclusive, Case Number A-20-820976-C.

21      2. On November 16, 2020, Jackson filed his petition to exempt the case from the Nevada State

22  Arbitration Program.

23      3. On February 24, 2021, Defendant filed his Notice of Removal to the United States District

24  Court for the District of Nevada from the Eighth Judicial District Court of Nevada, Case No. 2:21-cv-

25  00291-GMN-BNW.

26      4. The Petition to remove to Federal court was untimely as Jackson set for the medical specials

27  and necessary information for the 30-day time for removal to run in his November 16, 2020 petition for

28                                        1

exception from arbitration.  As such, the removal should have been filed on or before December 16, 2020.

5. The Parties therefore stipulate to remand the case back to the Eight Judicial District Court of Nevada.

6. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED this 11th day of March, 2021.

| | |
|---|---|
| **CRAIG P. KENNY & ASSOCIATES** | **HALL JAFFE & CLAYTON, LLP** |
| */s/ Brittany A. Young, Esq.* | */s/ Richard A. Englemann, Esq.* |
| **BRITTANY A. YOUNG, ESQ.**<br>Nevada Bar #13663<br>501 S. Eighth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | **RICHARD A. ENGLEMANN, ESQ.**<br>Nevada Bar #6965<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>Attorney for Defendant |

*Jackson v. McCutcheon*
*A-20-820976-C*
*Stipulation and Order*

2

**O R D E R**

On March 11, 2021, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. United States District Court, District of Nevada case number 2:21-cv-00291-GMN-BNW is hereby remanded to the Eighth Judicial District Court of Nevada.

**IT IS HEREBY ORDERED.**

DATED this __11__ day of March, 2021

_____
Gloria M. Navarro, District Judge
United States District Court

Respectfully submitted by:

**CRAIG P. KENNY & ASSOCIATES**

/s/ Brittany A. Young, Esq.

_____
**BRITTANY A. YOUNG, ESQ.**
Nevada Bar #13663
501 S. Eighth Street
Las Vegas, NV 89101
Attorneys for Plaintiff

3